IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00297-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEITH HOWARD HULL,

    Defendant.

## Filed Under Restriction

## BRIEF IN SUPPORT OF MOTION TO RESTRICT

The United States, by and through United States Attorney Jason R. Dunn, and the undersigned Assistant United States Attorney, files this Brief in Support of Motion to Restrict and states as follows:

1. The Court has authority to restrict documents from public access upon a showing of compelling reasons. See D.C.COLO.LCrR 47.1.

2. The government asks that the government's **RESPONSE IN OPPOSITION TO DEFENDANT'S MOITON FOR COMPASSIONATE RELEASE [ECF 53]** as well as this Brief, and any order resulting from the Government's Motion all be restricted at a Level 2 until further order of the Court.

3. Restriction of the government's **RESPONSE IN OPPOSITION TO DEFENDANT'S MOITON FOR COMPASSIONATE RELEASE [ECF 53]** to a Level 2 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons and as further outlined below: 1) the interests stated herein outweigh the presumption of public access; 2)

1

clearly defined and serious injury would result if access is not restricted to Level 2, and; 3) only restricted access will adequately protect the interests in question. The interests concerned here are as follows: the government is responding to a restricted motion with personal information about the defendant's health that should not be made public.

4. WHEREFORE, the United States asks this Honorable Court to issue an order restricting, the government's **RESPONSE IN OPPOSITION TO DEFENDANT'S MOITON FOR COMPASSIONATE RELEASE [ECF. 53]** at a Level 2 until further order of the Court.

Respectfully submitted this 8th day of December, 2020.

JASON R. DUNN
United States Attorney

By:  s/ Robert Brown
Robert Brown
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0101
E-mail: robert.brown5@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will transmit the document to opposing counsel.

s/ Kayla Keiter
Legal Assistant for AUSA Robert Brown
United States Attorney's Office