IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00297-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  KEITH HOWARD HULL,

 Defendant.
_____

# ORDER
_____

  This matter is before the Court on the Government's Motion to Restrict Document [Docket No. 56].  No objections have been filed under D.C.COLO.LCrR 47.1.  The government seeks to restrict its response to Mr. Hull's motion for compassionate release on the grounds that the government is "responding to a restricted motion with personal information about the defendant's health."  Docket No. 57 at 2.  The government's response does not contain anything but very general references to defendant's health.  The defendant's decision to base a motion for a sentence reduction on a medical condition does not automatically have the effect of denying the public access to the response to the motion.  Wherefore, it is

  **ORDERED** that the Government's Motion to Restrict Document [Docket No. 56] is denied.  It is further

**ORDERED** that the restrictions on Docket Nos. 57 and 58 shall be removed.

DATED December 16, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge